[No. 69415-4-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD WAYNE MACDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07742-6, Harry J. McCarthy, J., entered August 8, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Schindler and Lau, JJ.

[No. 69522-3-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS MATHEW STEELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-8-00289-6, Joseph P. Wilson, J., entered October 5, 2012. *Dismissed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 69605-0-I.   Division One.   January 21, 2014.]

SONA CHU ET AL., *Respondents*, v. HYUN H. SEO-JEONG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-05746-0, Brian D. Gain, J., entered October 19, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 69633-5-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY BRET MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01868-1, Lori Kay Smith, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Spearman, J.